The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUKHMINDER KAUR and SARTAJ SINGH SOHI, individually and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RENTON, a municipal corporation; PUGET SOUND ENERGY, a Washington public utility corporation; and INFRASOURCE SERVICES, LLC, a foreign limited liability company doing business in the State of Washington; JOHN AND JANE DOE 1-25, individually and the marital communities thereof; and DOE BUSINESS ENTITIES 1-25, unknown business entities,<br><br>Defendants. | NO.  2:20-cv-00384-MJP<br><br>STIPULATED JOINT MOTION AND AGREED ORDER CONTINUING PENDING DEADLINES<br><br>NOTE ON MOTION CALENDAR: April 20, 2020<br><br>Clerk's Action Required |

    This stipulated motion and agreed order is jointly brought by all of the named parties in this case:  Plaintiffs Sukhminder Kaur and Sartaj Singh Sohi ("Plaintiffs"); Defendant City of

Renton ("Renton"); Defendant Puget Sound Energy ("PSE"); and Defendant InfraSource Services, LLC ("InfraSource") (collectively, the "Parties").[1]

## I. STIPULATED MOTION SEEKING CONTINUATION OF PENDING DEADLINES DUE TO UPCOMING MEDIATION

This action was removed from the State of Washington Superior Court to this Court on or about March 10, 2020. Dkt #2. This early in the action, of the three defendants, only InfraSource has filed a responsive pleading. Dkt #6. Renton and PSE each has not yet filed its responsive pleading. *See* Docket. Additionally, on April 8, 2020, this Court set the following pending initial disclosure and submittal deadlines in this action:

- Deadline for FRCP 26(f) Conference:    May 6, 2020
- Initial Disclosures Pursuant to FRCP 26(a)(1):    May 13, 2020
- Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f):    May 20, 2020

Dkt #13.

Meanwhile, Plaintiffs and InfraSource have agreed to an early mediation in this action, with mediation scheduled with Judicial Dispute Resolution, LLC on May 20, 2020.

Accordingly, the Parties agree that all pending deadlines in this action should be continued to dates after the scheduled mediation; this will serve judicial economy, allow Plaintiffs and InfraSource to focus on preparing for mediation, further incentivize Plaintiffs and InfraSource to reach agreement through mediation, and spare all Parties from what may become unnecessary work.

The Parties respectfully propose the following continued dates:

---

[1] Although the caption anticipates the identification of John Doe defendants and Doe Business defendants, no such defendants have yet been identified in this action.

| Description | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Renton and PSE to file responsive pleadings | 21 days after service (See Dkts #11 and #12 for service dates) | June 3, 2020 |
| Deadline for FRCP 26(f) Conference | May 6, 2020 | June 10, 2020 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | May 13, 2020 | June 17, 2020 |
| Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | May 20, 2020 | June 24, 2020 |

## II. AGREED ORDER

Based on the foregoing stipulated joint motion of the Parties, it is Ordered that the pending deadlines in this action are continued as set forth below:

| Description | New Deadline |
|---|---|
| Deadline for Renton and PSE to file responsive pleadings | June 3, 2020 |
| Deadline for FRCP 26(f) Conference | June 10, 2020 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | June 17, 2020 |
| Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | June 24, 2020 |

The Clerk shall update this action's docket to reflect these new deadlines.

DATED this _22nd_ day of _April__, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

PLAINTIFFS:

By:   *s/James J. Dore, Jr*
    James J. Dore, Jr
    Dore Law Group, PLLC
    1122 W James ST
    Kent, WA 98032
    253-850-6411
    Fax: 253-850-3360
    Email: jim@dorelawpllc.com
    Attorney for Plaintiffs

DEFENDANT CITY OF RENTON:

By:   *s/ Alex Tuttle*
    Alex Tuttle, WSBA #41743
    Assistant City Attorney
    City of Renton
    1055 South Grady Way
    Renton, WA 98057
    Telephone: (425) 430-6492
    Fax: (425) 430-6498
    E-mail: atuttle@rentonwa.gov
    Attorney for City of Renton

DEFENDANT PUGET SOUND ENERGY:

By:   *s/Jeffrey M. Thomas*
    Jeffrey M. Thomas, WSBA #21150
    Gordon Tilden Thomas & Cordell, LLP
    One Union Square
    600 University Street, Suite 2915
    Seattle, WA 98101
    Attorneys for Puget Sound Energy

DEFENDANT INFRASOURCE SERVICES LLC:

By:   *s/Rodney L. Umberger, Jr.*
By:   *s/Brendan Vandor*
    Rodney L. Umberger, Jr., WSBA #24948
    Brendan Vandor, WSBA #49929

STIPULATED JOINT MOTION AND AGREED ORDER– Page 4
(2:20-cv-00384-MJPSu)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Attorneys for Defendant InfraSource Services, LLC

# CERTIFICATE OF SERVICE

I, STEPHANIE RARY, hereby certify that on April 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney of Record for Plaintiffs:**
James J. Dore , Jr
Dore Law Group, PLLC
1122 W James ST
Kent, WA 98032
253-850-6411
Fax: 253-850-3360
Email: jim@dorelawpllc.com

**Attorney of Record for Defendant Puget Sound Energy**

Jeffrey M. Thomas
Gordon Tilden Thomas & Cordell, LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101
206-467-6477
Email: jthomas@gordontilden.com

**Attorneys of Record for Defendant Infrasource Services LLC:**

Rodney L. Umberger, Jr.
Brendan Thomas Vandor
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101
206-628-6600
Email: rumberger@williamskastner.com
Email: bvandor@williamskastner.com

DATED, this 20th day of April, 2020.

*s/Stephanie Rary*
Stephanie Rary